UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2022
NOVEMBER 15, 2022 SESSION



FILED
NOV 15 2022
RORY PERRY, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:22-cr-00206
                    18 U.S.C. § 922(g)(1)
                    18 U.S.C. § 924(a)(8)

KALEB MERRITT

### I N D I C T M E N T

The Grand Jury Charges:

1. On or about October 27, 2022, at or near Princeton, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant KALEB MERRITT did knowingly possess a firearm, that is, a Glock, model 43, pistol, in and affecting interstate commerce.

2. At the time defendant KALEB MERRITT possessed the aforesaid firearm, he knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about June 12, 2015, in the Circuit Court of Mercer County, West

Virginia, of Arson – First Degree, in violation of W. Va. Code § 61-3-1.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

WILLIAM S. THOMPSON
United States Attorney

By: _____
TIMOTHY D. BOGGESS
Assistant United States Attorney