**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

**CRIMINAL MINUTES - INITIAL APPEARANCE - RULE 5**
(Complaint/Indictment/Other District)

*1:22-cr-00206*

| | |
|---|---|
| Case No.: 1:23mj97 | Date: 08/24/2023 |

**Defendant(s):** Kaleb Merritt, Custody          **Counsel:** Matthew Hill, AFPD

PRESENT:
- Presiding Judge: Pamela Meade Sargent, USMJ
- Deputy Clerk: Allison Meade
- Court Reporter: Allison Meade, FTR
- AUSA: Danielle Stone
- USPO: Sumer Taylor
- Case Agent: Pete Gonzalvez
- Court Security Officer: Preston Bowers
- Interpreter: N/A

TIME IN COURT: 3:16-3:28 pm
TOTAL: 12 minutes

☒ Defendant arrested on warrant from Southern District/West Virginia.

**RIGHTS:**

☒ Defendant advised of charges and nature of proceedings and provision of Rule 20.
☒ Defendant advised of right to retain counsel or to request that counsel be appointed.
☒ Defendant advised of right to preliminary exam.
☒ Defendant advised of right to identity hearing.
☒ Defendant advised of right to a bond/detention hearing.

**COUNSEL:**

☒ Defendant present with counsel.
☒ Defendant requests appointment of counsel. CJA 23 Financial Affidavit completed.

**IDENTITY:**

☒ Identity hearing waived. Waiver of Rule 5 hearing signed by defendant.

**RELEASE/DETENTION:**

☒ Defendant does not contest detention in this district.
☒ Government moves for detention.
☒ Order of Commitment to Another District (AO 94).

Defendant to next appear in SD/WV – Bluefield division on September 11, 2023, at 11:00am.

Case 1:22-cr-00206   Document 9   Filed 08/25/23   Page 2 of 6   PageID #: 17
Case 1:23-mj-00097-PMS   Document 7   Filed 08/24/23   Page 1 of 1   Pageid#: 13

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia ▼

United States of America )
v. ) Case No. 1:23MJ97
)
Kaleb Merritt )
) Charging District's Case No. 1:22CR206
)
Defendant )

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of West Virginia - Bluefield

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention; *Reserve*

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, ~~production of the judgment, warrant, and warrant application~~, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: _____   _____
                         *Defendant's signature*

                         _____
                         *Signature of defendant's attorney*

                         Matt Hill
                         *Printed name of defendant's attorney*

pms 8/24/23

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:23MJ97 |
| Kaleb Merritt ) | |
| ) | Charging District's |
| _____ ) | Case No. 1:22CR206 |
| *Defendant* ) | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Southern__ District of __West Virginia__, *(if applicable)* __Bluefield__ division. The defendant may need an interpreter for this language: _____

The defendant:  ☐ will retain an attorney.
              ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 8/24/23

*Judge's signature*

Pamela Meade Sargent USMJ
*Printed name and title*

# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 1:23mj97

v.

DATE: 08/24/2023

KALEB MERRITT

TYPE OF HEARING: Rule 5 – Initial Appearance

*******************************************************************************

**PARTIES:**

1. Pamela Meade Sargent, USMJ
2. Danielle Stone
3. Matthew Hill
4. Kaleb Merritt
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____

*******************************************************************************

Recorded by: Allison Meade

Time in Court: 3:16 – 3:28

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 3:16 | 1 | | | | | | | | |
| 3:20 | 3,1,4 | | | | | | | | |
| 3:24 | 1 | | | | | | | | |

| Query | Reports | Utilities | Help | What's New | Log Out |

CLOSED

# U.S. District Court
# Western District of Virginia (Abingdon)
# CRIMINAL DOCKET FOR CASE #: 1:23-mj-00097-PMS-1

Case title: USA v. Merritt
Other court case number: 1:22CR206 Southern District of West Virginia - Charleston

Date Filed: 08/24/2023
Date Terminated: 08/24/2023

Assigned to: US Magistrate Judge Pamela Meade Sargent

### Defendant (1)

**Kaleb Merritt**
*TERMINATED: 08/24/2023*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

### Plaintiff

**USA**        represented by     **Duty Assistant Abingdon**
United States Attorneys Office - Abingdon
180 West Main Street, Suite B19
Abingdon, VA 24210
276-628-4161
Email:

USAVAW.ECFAbingdon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*
*Bar Status: Unknown*

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2023 | 1 | Charging Documents from Southern District of West Virginia - Charleston - Rule 5(c)(3) as to Kaleb Merritt (SD/WV - Indictment) (Attachments: # 1 SD/WV - Arrest Warrant, # 2 SD/WV - Docket Sheet)(flc) |
| 08/24/2023 | | Arrest - 5(c)(3) of Kaleb Merritt (flc) |
| 08/24/2023 | 2 | NOTICE OF HEARING as to Kaleb Merritt (CUSTODY) **(FTR)** : Initial Appearance - Rule 5c3 set for 8/24/2023 at 3:00 p.m. in Abingdon before US Magistrate Judge Pamela Meade Sargent.(flc) |
| 08/24/2023 | | Notice of Appearance - Probation Officer: A. Sumer Taylor as to Kaleb Merritt (rm) |
| 08/24/2023 | 3 | **SEALED** Pretrial Bail Report as to Kaleb Merritt. (rm) |
| 08/24/2023 | 4 | MINUTE ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kaleb Merritt. Entered by US Magistrate Judge Pamela Meade Sargent on 08/24/2023. *This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.*(am) |
| 08/24/2023 | 5 | CJA 23 Financial Affidavit as to Kaleb Merritt (am) |
| 08/24/2023 | 6 | Minute Entry for proceedings held before US Magistrate Judge Pamela Meade Sargent:Initial Appearance Rule 5(c)(3) Complaint/Indictment - Other District as to Kaleb Merritt held on 8/24/2023. Defendant remanded to Custody. (FTR Operator: Allison Meade)(am) |
| 08/24/2023 | 7 | WAIVER of Rule 5(c)(3) Hearing by Kaleb Merritt (am) |
| 08/24/2023 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Kaleb Merritt. Defendant committed to District of SD/WV - Bluefield. Signed by US Magistrate Judge Pamela Meade Sargent on 08/24/2023.(am) |
| 08/24/2023 | 9 | FTR Log Notes as to Kaleb Merritt for Rule 5 - Initial Appearance in the Abingdon Division in CR2 held before Judge Pamela Meade Sargent on 08/24/2023. In accordance with 28 USC 753(b), I certify that I monitored the digital recording of this proceeding and that it is a true and correct record, that it is sufficiently intelligible when played on the FTR (For the Record) Player, and that it can be transcribed without undue difficulty. FTR Operator: Allison Meade (am) |